Date Signed:
May 6, 2014



ORDERED

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

hib_5010-1ord (12/12)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

*Debtor(s):* **WILLIAM ROY PATINIO**

Chapter 13    Case No. **10-03146**

Related Docket No.   60

## ORDER GRANTING MOTION TO REOPEN CASE

     For good cause and in accordance with 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, the motion to reopen this case is GRANTED. Failure to promptly pursue the relief described in the motion to reopen may result in the closing of the case without a hearing.

The fee is required and must be paid within 14 days after the date of this order if not already paid.

The former trustee in this case shall be reappointed.

Debtor's attorney must file, within 14 days after the date of the entry of this order, a supplemental disclosure of any compensation paid or agreed to be paid in connection with the motion to reopen and services to be performed in the reopened case. *See* 11 U.S.C. § 329; Fed. R. Bankr. P. 2016(b).

**END OF ORDER**